UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM TUER, et al.,

    Plaintiff,

v.                       CASE NO.   8:03-CV-1407-T-17TGW

MIA'S RESTAURANT ASSOCIATES,
INC., d/b/a MIA'S,

    Defendant.
_____/

ORDER

This cause is before the Court on:

Dkt. 33 Report and Recommendation
Dkt. 34 Submission of Calculation of Interest
      On Back Pay and Motion for Attorney's Fees
      And Costs

The Court has considered the Report and Recommendation entered in this employment discrimination case, which recommends the entry of judgment for Plaintiffs, to include back pay with prejudgment interest, compensation for mental anguish, and punitive damages. The Court has independently examined the pleadings and documentation filed in this case. No objections to the Report and Recommendation have been filed.

After consideration, the Court adopts the Report and Recommendation, and incorporates it herein by reference.

The Court also has for consideration Plaintiffs' Motion for Attorney's Fees and Costs, to which no objection has been filed.

Case No. 8:03-CV-1407-T-17TGW

The Court has examined the Motion, finds that the amount of time and hourly rate are reasonable, and grants the Motion in the amount of $24,707.00 for total fees and $241.83 for costs. Accordingly, it is

   **ORDERED** that:

   The Report and Recommendation is **adopted**. The Clerk of Court shall enter judgment for Plaintiffs as follows:

   1. As to Cindy Fraley, $5,840.02 for back pay, $1,313.98 for prejudgment interest, $25,000 for mental anguish, and $25,000 for punitive damages, for a total of $57,154.00, with post-judgment interest at %4.40, for which sum let execution issue.

   2. As to William Tuer, $9,975.44 for back pay, $2,221.56 for prejudgment interest, $12,500 for mental anguish, and $12,500 for punitive damages, for a total of $37,097.00, with post-judgment interest at %4.40, for which sum let execution issue.

   3. The judgement shall include the award of $24,707.00 for attorney's fees and $241.83 for costs, for a total of 24,948.83, with post-judgment interest at the rate of 4.40%, for which sum let execution issue.

Case No. 8:03-CV-1407-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 23rd day of December, 2005.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record